IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

NOV 1 _ 2016

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIMARZIO SWADE SANCHEZ,<br>ANGELICA JO WHITEMAN, and<br>FRANK JAMES SANCHEZ,<br><br>Defendant. | CR 16-82-BLG-SPW<br><br>ORDER ON MOTION TO SEVER |

On September 19, 2016, the Court granted Dimarzo Swade Sanchez's Motion to Sever his trial from his Co-Defendants Angelica Jo Whiteman and Frank James Sanchez. (Doc. 80). Dimarzio Swade Sanchez's trial is presently scheduled for May 8, 2017. The trial for Angelica Jo Whiteman and Frank James Sanchez is presently scheduled for April 24, 2017.

Before the Court is Defendant Whiteman's motion to sever her trial from the trial of her Co-Defendant Frank James Sanchez pursuant to *Bruton v. United States*, 391 U.S. 123, 126-128 (1968). The government agrees the motion is well taken. Accordingly, IT IS HEREBY ORDERED that Defendant Whiteman's Motion to Sever (Doc. 95) is GRANTED. Whiteman's trial will be held separately from the trial of Frank James Sanchez.

1

DATED this 9th day of November, 2016.

                                    *Susan P. Watters*
                                  SUSAN P. WATTERS
                                  United States District Judge