VERNON E. WOODWARD
CAMMI J. WOODWARD
Woodward Law Firm, PLLC
49 North 15th Street, Suite 1
Billings, Montana 59101
vern@woodwardlaw-mt.com
cammi@woodwardlaw-mt.com
Phone: (406) 294-5585
Fax: (406) 294-5586
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-16-82-BLG-SPW |
| Plaintiff, | |
| vs. | **MOTION TO CHANGE PLEA** |
| ANGELICA JO WHITEMAN, | |
| Defendant. | |

Defendant Angelica Jo Whiteman, through counsel, hereby moves the Court for its Order allowing her to appear for purposes of changing her plea to the Indictment on file herein.

AUSA Lori Harper Suek has been contacted and has no objection to this request.

1

RESPECTFULLY SUBMITTED this 9th day of August, 2017.

/s/ Cammi J. Woodward
Cammi J. Woodward
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2017, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1,2 | CM-ECF |
| ___ | Hand Delivery |
| ___ | Fax |
| 3 | Mail |
| ___ | E-Mail |

1. CLERK, U.S. DISTRICT COURT

2. LORI HARPER SUEK,
   Assistant United States Attorney
   2601 2nd Ave. North, Suite 3200
   Billings, MT, 59101
   Counsel for the United States

3. ANGELICA JO WHITEMAN,
   Defendant

/s/ Cammi J. Woodward