IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
AUG 0 9 2017
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELICA JO WHTEMAN,<br><br>Defendant. | CR 16-82-BLG-SPW<br><br>ORDER |

Defendant having filed a Motion to Change Plea (Doc. 160) on August 9, 2017,

IT IS HEREBY ORDERED that the trial set for September 25, 2017 is **VACATED**.

IT IS FURTHER ORDERED that a change of plea hearing is set for **Wednesday, August 30, 2017 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider her motion to change her plea of not guilty to a plea of guilty. The time between August 9, 2017 and August 30, 2017 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

1

DATED this 9th day of August, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE