# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

**FILED**

SEP 1 2 2017

Clerk, U.S. District Court
District Of Montana
Billings

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA

vs.

**ANGELICA JO WHITEMAN**  No. **CR 16-82-BLG-SPW**

DOB:  1992   **PETITION TO OPEN JUVENILE RECORDS**

SSN: XXX-XX-1405

Whereas the above-name defendant entered a plea of Guilty to the offense of Aiding and Abetting First-Degree Murder, in violation of 18 U.S.C. §§ 1153(a), 1111, and 2 in the United States District Court for the District of Montana, the Petitioner requests all juvenile records pertaining to the Defendant, including law enforcement, County Probation, County Welfare, Department of Corrections records, and any records of alcohol, drug and mental health treatment, be made available for the purpose of preparing a Presentence Investigation Report for the Court.

_____
U.S. Probation Officer

September 12, 2017
Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order the release of pertinent juvenile records held by any law enforcement agency, Probation Office, Welfare Agency, or Department of Corrections to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

_____
United States District Judge

Dated this 12th day of Sept., 2017.