FILED

MAR 1 5 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELICA JO WHITEMAN,<br><br>Defendant. | CR 16-82-BLG-SPW-2<br><br>ORDER |

Upon the Defendant's Unopposed Motion to Continue Sentencing and Extend Filing Deadlines (Doc. 313), and good cause being shown,

**IT IS HEREBY ORDERED** that sentencing currently scheduled for March 30, 2018, at 9:30 a.m., is **VACATED.**

**IT IS FURTHER ORDERED** that the sentencing hearing and the sentencing memorandum deadlines for Angelica Jo Whiteman will not be reset until after the decision is made whether or not Dimarzio Swade Sanchez will be granted a new trial.

1

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 15th day of March, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge